Opinion issued August 16, 2018



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00608-CR

_____

**JARID COLE BENNETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court Case No. 1515204D

## MEMORANDUM OPINION

Appellant, Jarid Cole Bennett, has filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued. *See* TEX. R. APP. P. 42.2(a), (b). Accordingly, we grant the motion and dismiss the appeal. We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).